UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVIN D. GONZALEZ,

                    Plaintiff,

-against-

DARCEL D. CLARK, *Bronx County District Attorney*,

                    Defendant.

19-CV-10542 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 16, 2019, dismissing the notice of removal,

IT IS ORDERED, ADJUDGED AND DECREED that the notice of removal is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and the Bronx County Criminal Court, and note service on the docket.

SO ORDERED.

Dated:   December 16, 2019
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge